**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: 512-420-8407

*Attorneys for Plaintiff BiT Global Trust Limited*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| BIT GLOBAL TRUST LIMITED,<br><br>             Plaintiff,<br><br>     vs.<br><br>COINBASE GLOBAL, INC.<br><br>             Defendant. | Case No.: 5:24-cv-9019<br><br>**DECLARATION OF CYCLONE COVEY IN SUPPORT OF PLAINTIFF'S *EX PARTE* EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**Hearing Date and Time:**<br>To Be Set By Court |
|---|---|

I, Cyclone Covey, do hereby declare and state as follows:

1. I am an attorney admitted to practice in the Northern District of California.

2. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

3. Attached as Exhibit 1 is a true and correct copy of an online article published by Yahoo! Finance, which was downloaded on December 10, 2024 from https://finance.yahoo.com/news/wrapped-bitcoin-drops-5-200-081121515.html.

4. Attached as Exhibit 2 is a true and correct copy of a webpage entitled *Assets Listing Process* on the Coinbase website, which was downloaded on December 3, 2024 from https://www.coinbase.com/exchange/asset-listings.

5. Attached as Exhibit 3 is a true and correct copy of a PDF document entitled *Listing Prioritization Process & Standards*, which was downloaded on December 3, 2024 from https://coinbase.bynder.com/m/5af95a1d8290bb39/original/Coinbase-Exchange-Listing-Prioritization-Process-and-Listing-Standards.pdf.

6. Attached as Exhibit 4 is a true and correct copy of a webpage entitled *Asset legal review*, which is where a user goes when clicking on Exhibit 3's "Legal" link. This exhibit was downloaded on December 3, 2024 from https://help.coinbase.com/en/coinbase/privacy-and-security/other/asset-legal-review.

7. Attached as Exhibit 5 is a true and correct copy of a webpage entitled *How Coinbase Protects Users From Risky Assets*, which is where a user goes when clicking on Exhibit 3's "Technical Security" link. This exhibit was downloaded on December 3, 2024 from https://www.coinbase.com/blog/how-coinbase-protects-users-from-risky-assets.

8. Attached as Exhibit 6 is a true and correct copy of the Dogwifhat home page, which was downloaded on December 10, 2024 from https://dogwifcoin.org/.

9. Attached as Exhibit 7, which will be lodged with the Court, is the video on the Dogwifhat home page, which is hosted at https://player.vimeo.com/video/887128240, and which was downloaded on December 10, 2024 from that URL.

10. Attached as Exhibit 8 is a true and correct copy of the Pepe home page, which was downloaded on December 10, 2024 from https://www.pepe.vip/.

11. Attached as Exhibit 9 is a true and correct copy of an online article published by Cryptos.News, which was downloaded on December 10, 2024 from https://crypto.news/coinbase-to-list-mog-meme-coin/.

12. Attached as Exhibit 10 is a true and correct copy of a Coinbase X post which was downloaded on December 10, 2024 from https://x.com/CoinbaseAssets/status/1863953921732952240.

13. Attached as Exhibit 11 is a true and correct copy of the document that a user is taken to when they click on "Download the Whitepaper", which is a link on the Mog Coin "About" page on the Mog Coin website. The document was downloaded on December 10, 2024 from https://5nr.230.myftpupload.com/wp-content/uploads/2024/01/Mog-Paper.pdf.

14. Attached as Exhibit 12 is a true and correct copy of the Mog Coin home page, which was downloaded on December 10, 2024 from https://mogcoin.xyz/.

15. Attached as Exhibit 13 is a true and correct copy of a Coinbase X post, which was downloaded on December 10, 2024 from https://x.com/CoinbaseAssets/status/1858921827159945638.

16. Attached as Exhibit 14 is a true and correct copy of a document entitled cbBTC whitepaper, which was downloaded on December 10, 2024 from https://coinbase.bynder.com/m/1303c2f4d78fc966/original/cbBTC-White-Paper.pdf.

17. Attached as Exhibit 15 is a true and correct copy of the FTC Policy Statement entitled "Policy Statement Regarding the Scope of Unfair Methods of Competition Under Section 5 of the Federal Trade Commission Act Commission File No. P221202", which was downloaded on December 10, 2024 from https://www.ftc.gov/system/files/ftc_gov/pdf/p221202sec5enforcementpolicystatement_002.pdf.

18. Attached as Exhibit 16 is a true and correct copy of a series of Reddit posts, which was downloaded on December 10, 2024 from https://www.reddit.com/r/CoinBase/comments/1gwzm3m/best_option_for_converting_wbtc/.

19. Attached as Exhibit 17 is a true and correct copy of the journal paper, *The cross-section of crypto-currencies as financial assets: An overview*. This paper was downloaded from https://www.econstor.eu/bitstream/10419/148874/1/870165852.pdf on December 10, 2024.

20. Attached as Exhibit 18 is a true and correct copy of a page on the Coinbase blog entitled "Around the Block #4: on the recent market crash and Bitcoin's value proposition" which was downloaded on December 10, 2024 from https://www.coinbase.com/blog/on-crypto-markets-and-bitcoins-value-proposition.

21. Attached as Exhibit 19 is a true and correct copy of an article in the Chicago Booth Review entitled, *How to Make Cryptocurrencies More Stable* (April 1, 2024). This article was downloaded from https://www.chicagobooth.edu/review/how-make-cryptocurrencies-more-stable on December 10, 2024.

22. wBTC's current market capitalization exceeds $13 billion. As of December 10, 2024, Coinbase's website, https://www.coinbase.com/price/wrapped-bitcoin, listed wBTC's market capitalization at $13.1 billion. Attached as Exhibit 20 is a true and correct copy of the page at that web address, which was downloaded on December 10, 2024.

23. The emergency motion is filed immediately after the filing of the complaint and assignment of a case number. Thus notice could not be made to Defendant before filing. Upon the docketing of this emergency motion Plaintiff will immediately send electronic notice of the filing of the complaint and the emergency motion for a temporary restraining order as follows (1) to Defendant's general counsel, Paul Grewal via the X social media platform on which Mr. Grewal appears to maintain an active presence,[1] (2) via in person

---

[1] https://x.com/iampaulgrewal

service on Coinbase at Coinbase's registered agent in California, (3) via in person service on Coinbase at Coinbase's registered agent in Delaware. Plaintiff will file a follow-on declaration certifying notice has been attempted as outlined above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

      Executed on December 13, 2024 in Duluth, Georgia.

                                                /s/Cyclone Covey
                                                Cyclone Covey, Esq.