# EXHIBIT 1



50M users
345K organizations
95% of the Fortune 500
SurveyMonkey
Built for business. Loved by users.
Learn more

yahoo!finance

Search for news, symbols or companies

News     Finance     Sports     More∨     Mail     Sign in

My Portfolio     News     Markets     Research     Personal Finance     Videos     Streaming Now

UPGRADE TO PREMIUM

CoinMarketCap

# Wrapped Bitcoin Drops to $5,200 on Binance Amid Coinbase Delisting Plans and Custody Disputes

Decentralized Dog
November 25, 2024 · 2 min read

**In This Article:**

COIN -1.25%

Wrapped Bitcoin Drops to $5,200 on Binance Amid Coinbase Delisting Plans and Custody Disputes

On Nov. 23, 2024, Wrapped Bitcoin (WBTC) experienced a sharp flash crash on the Binance exchange, with its price briefly dropping to $5,200. The crash was attributed to an electronic trading error and was limited to Binance, leaving prices on other exchanges unaffected. WBTC quickly recovered, returning to its standard price of around $97,000 by the end of the day.

Join Leading Investors                    SPONSORED · Pacaso

Top investors are backing this "unlisted" stock

SoftBank, Howard Schultz, and more are backing Pacaso, the disruptor that's made $100M+ in gross profits with their real estate co-ownership platform.

Here's how to join them.

Disclosure: This is a paid advertisement for Pacaso's Regulation A offering. Please read the offering circular at invest.pacaso.com.

The flash crash coincided with ongoing scrutiny of WBTC following Coinbase's decision to delist the asset. On Nov. 19, Coinbase announced plans to suspend trading of WBTC starting Dec. 19, 2024. The exchange stated that the decision was based on maintaining listing standards, emphasizing that user holdings would remain withdrawable.

BiT Global, the custodian for WBTC, has criticized the delisting as a strategic move by Coinbase to favor its own wrapped Bitcoin product, cbBTC. Launched in Sept. 2024, cbBTC has faced accusations of gaining an unfair advantage. "It's clear that Coinbase's decision is an attempt to gain a competitive advantage, pushing forward their own wrapped Bitcoin product, cbBTC, and removing the largest and most influential competitor in WBTC," a BiT Global representative said.

The controversy surrounding WBTC escalated earlier this year after it transitioned to a multi-jurisdictional custody structure. Custodial responsibilities are now shared across the U.S., Hong Kong, and Singapore. Tron founder Justin Sun's involvement in the custody arrangement has drawn backlash from parts of the crypto community.

Q Quote Lookup

U.S. markets close in 4h 38m

US    Europe    Asia    Rates    Commodities

S&P 500          Dow 30           Nasdaq
6,056.53         44,411.59        19,777.40
+3.68            +9.66            +40.71
(+0.06%)         (+0.02%)        (+0.20%)

Russell 20...    Crude Oil        Gold
2,395.23         69.01            2,715.60
+2.39            +0.84            +29.80
(+0.10%)         (+0.94%)        (+1.11%)

RECENTLY VIEWED

FOX-USD                           0.066747
Shapeshift FOX ...              -0.012930 (-16.23%)
COIN                              305.81
Coinbase Global,...             -4.71 (-1.52%)

MY PORTFOLIOS

Sign in to access your portfolio

Sign in

TOP GAINERS

SOTDF            63.42
Ströer SE & Co. K...    +29.42 (+86.55%)
RSMDF            24.52
ResMed Inc.      +6.82 (+38.53%)
NAMS             24.75
NewAmsterdam ...  +6.23 (+33.64%)
ALK              61.87
Alaska Air Group...   +7.71 (+14.24%)
OLLI             109.38
Ollie's Bargain O...   +11.23 (+11.45%)

TOP LOSERS

MDB              303.80
MongoDB, Inc.    -46.33 (-13.24%)
ASHTY            280.00
Ashtead Group plc  -43.31 (-13.58%)
BILI             20.66
Bilibili Inc.    -2.55 (-10.99%)
ICHBF            9.92
Industries CH, S...  -1.18 (-10.67%)
FLNC             16.67
Fluence Energy, I...  -1.85 (-10.02%)

MOST ACTIVE

NVDA             137.68
NVIDIA Corporat...   -0.93 (-0.67%)
LCID             3.3850
Lucid Group, Inc.    -0.0550 (-6.47%)
TSLA             403.61
Tesla, Inc.      +13.82 (+3.55%)
PLTR             73.50
Palantir Technolo...  +1.04 (+1.41%)
SMCI             40.57
Super Micro Co...    -3.59 (-8.13%)

TRENDING TICKERS

GOOG             184.05
Alphabet Inc.    +6.35 (+3.92%)
GOOGL            182.55
Alphabet Inc.    +7.18 (+4.09%)
ORCL             177.09
Oracle Corporation  -13.36 (-7.02%)
TSM              195.27
Taiwan Semicon...    -3.90 (-1.90%)
MDB              303.80
MongoDB, Inc.    -46.27 (-13.22%)

TOP ECONOMIC EVENTS        United States

MBA 30-Yr Mortgage Rate
Dec 11, 2024, 7:00 AM EST    Prior: 6.69    New: -

Mortgage Market Index
Dec 11, 2024, 7:00 AM EST    Prior: 213.9   New: -

CPI Index, NSA*
Dec 11, 2024, 8:30 AM EST    Prior: 315.66  New: -

Dec 11, 2024, 8:30 AM EST   Prior: 2.6   New: -

Sign up now
E*TRADE
from Morgan Stanley

Back to classic yahoo/finance
Terms and Privacy Policy
Privacy Dashboard
Ad Terms · Feedback

These custody changes led to the Sky community, formerly Maker, voting to remove WBTC as trading collateral. Critics within Sky pointed to governance risks tied to the custodial structure and expressed concerns about transparency.

Despite these issues, WBTC remains an important tool for bridging Bitcoin with decentralized finance (DeFi). Introduced in 2019, WBTC has provided Bitcoin holders with access to DeFi applications while maintaining a one-to-one peg with Bitcoin's price.

The flash crash on Binance, while resolved quickly, adds to growing uncertainty around WBTC's future. Coinbase's delisting announcement and the shift in custodial practices have amplified debates about trust and competition within the tokenized Bitcoin market. With trading normalized on Binance, attention now turns to the Dec. 19 delisting date and its potential market impact.

💬 View Comments (1)

Terms and Privacy Policy   Privacy Dashboard



ADVERTISEMENT

**Best Offers From Our Partners for December 10, 2024**

Advertiser Disclosure | Privacy policy

Sponsored Savings and Cash

| Account Products ⓘ | APY ⓘ | Min to Earn APY ⓘ | Est. Earnings ⓘ | |
|---|---|---|---|---|
| Savings | 3.90%<br>APY as of Dec 10 | $0 | $975<br>Over 1 Year | Next<br>Offer Details |
| SAVINGS<br>Member FDIC<br>Promoted offer | | | | |
| Marcus:<br>by Goldman Sachs | 3.90%<br>APY as of Dec 10 | $0 | $975<br>Over 1 Year | Next<br>Offer Details |
| SAVINGS<br>Member FDIC<br>Promoted offer | | | | |
| CapitalOne | 3.80%<br>APY as of Dec 10 | $0 | $950<br>Over 1 Year | Next<br>Offer Details |
| SAVINGS<br>Member FDIC<br>Promoted offer : It only takes about 5 minutes to open a fee-free account. | | | | |

Page 1 of 4   ‹ ›

Powered by Bankrate

The Motley Fool

# 2 Seemingly Unstoppable Artificial Intelligence (AI) Stocks That Can Plunge Up to 94% in 2025, According to Select Wall Street Analysts

Sean Williams, The Motley Fool
Tue, December 10, 2024 at 5:21 AM EST · 7 min read   📤  💬 6

**In This Article:**

TSLA +3.55%

Over the last two years, there hasn't been a bigger Wall Street catalyst or buzzier trend than the rise of artificial intelligence (AI). The ability for AI-driven software and systems to become more efficient at their assigned tasks, as well as evolve to learn new skills over time, gives this game-changing technology a virtually limitless ceiling.



xfinity

Despite an awe-inspiring addressable market of $15.7 trillion by 2030,

# EXHIBIT 2

coinbase    Cryptocurrencies    Learn    Individuals    Businesses    Developers    Company    ⊕    Sign in    **Sign In**

Exchange    Help    Fees    API    Markets    Liquidity Program

## Asset Listings Process

Coinbase Exchange adheres to thorough processes and standards for all asset listings.

- Our Digital Asset Support Group (DASG) votes on which assets can be listed on our exchange, informed by a rigorous vetting/review process that evaluates assets against legal, compliance, and technical security standards

- We perform additional business assessments regarding a number of quantitative and qualitative signals

- Listed assets are subject to ongoing monitoring to ensure continued adherence to our listing standards

- Asset issuers and project teams are welcome to apply for listing consideration on Asset Hub

- See our Assets and Markets pages for a comprehensive list of all assets listed on the Exchange



coinbase EXCHANGE

## Listing Prioritization Process & Standards

### Learn more

Please download the process and standards guide for more details.

coinbase EXCHANGE
**Exchange Listing Process & Standards**

**Listings Prioritization Process and Standards**

Overview of the Coinbase Exchange asset listings process and standards.

**Download**

Disclaimer: This material is the property of Coinbase, Inc., its parent, and its affiliates and is for informational purposes and sophisticated investors only. This material is not: (i) an offer, or solicitation of an offer, to invest in, or to buy or sell, any interests or shares, or to participate in any investment or trading strategy, or (ii) intended to provide accounting, legal, or tax advice, or investment recommendations. This material contains important disclosures and disclaimers. Recipients should consult their advisors before making any investment decision.

Coinbase, Inc. is licensed to engage in virtual currency business activity by the New York State Department of Financial Services. Coinbase, Inc. is not registered or licensed with the U.S. Securities and Exchange Commission or the U.S. Commodity Futures Trading Commission. View our licensing information.

coinbase

© 2024 Coinbase
Blog • Twitter • Facebook

⊕ United States | English

**Company**
About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

**Learn**
Bitcoin Halving
Ethereum Merge
Explore
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?

**Individuals**
Buy & sell
Earn free crypto
Wallet
Card
Coinbase One

**Businesses**
Institutional
Prime
Asset Hub
Commerce
Derivatives Exchange

**Developers**
Developer Platform
Base
Staking
Onramp
Wallets
Wallet SDK
Coinbase App
Exchange API
Prime API
Base Node
OnchainKit

**Support**
Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access
Supported crypto
Status

What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

# EXHIBIT 3

**coinbase** EXCHANGE

# Listing Prioritization Process & Standards

**November 2024**



# Coinbase Exchange Listing Funnel

All assets that are listed on Coinbase Exchange go through the following funnel:

1. **Digital Asset Support Group (DASG) analysis & review**: Our DASG votes on which assets can be listed on our exchange as well as other products such as Coinbase Custody, informed by a rigorous vetting/review process that evaluates assets against legal, compliance, and technical security standards.
   - Legal
   - Compliance
   - Technical security
2. **Business analysis & review:** In response to community feedback, starting in Q2 2022 we've begun to more closely assess additional factors post-DASG review, such as customer demand (i.e. trading volume, market cap), traction of token/application (i.e. token holders), & anticipated liquidity. We also perform additional business assessments regarding quantitative and qualitative signals such as social media sentiment and behavior, history of key project contributors, and information about how tokens are distributed.

# How are assets prioritized for review?

**Review Swimlanes**

All assets are reviewed by the DASG against uniform and objective standards.

Broadly, there are 3 ways we categorize assets for reviews and each category has a unique sourcing and prioritization mechanism:

| Asset Type | Description | How are assets sourced and prioritized? |
|---|---|---|
| Tokens | Assets that adhere to a supported token standard such as Ethereum ERC20, Solana SPL, Avalanche ARC20 | Quantitative: Assess customer demand via trading volume and market cap<br><br>Qualitative: Assess project team, traction, and product development |
| Native blockchain asset | The base token of a network, often used for gas fees<br><br>Example: ETH is the native blockchain asset for the Ethereum network | Because of the larger integration effort and costs of integrating new blockchain assets, priorities are organized across products (i.e. Coinbase Exchange, Coinbase Custody)<br><br>While each team has their own prioritization model, the Exchange primarily looks at trading volume and market cap to prioritize native blockchain assets |
| Day 1 Listings | Assets that are pre-launch, and listing on Coinbase Exchange occurs on the day of, or within days of, launch and public token distribution | Our teams are plugged into the crypto community; they source and vet opportunities from trusted ecosystem partners and assess business opportunity across product lines |

# How are assets selected for listing on Exchange?

The **minimum** requirement for an asset to be listed on Coinbase Exchange is trading approval by the DASG. Around 90% of assets reviewed do not meet the requirements of our listing standards.

However, not every asset that is approved for trading by the DASG is listed on our exchange.

Beyond DASG approval there are a number of additional considerations:

| Component | Sample Consideration |
|---|---|
| Business Analysis and Review | What is the track record of the team? |
| | Is the team actively developing its product? |
| | Has the project partnered with a reputable liquidity provider that would allow for a smooth listing? |
| Technical Integration Considerations | Is the asset a supported token standard (i.e. Ethereum ERC20, Solana SPL, Avalanche ARC20) or a native blockchain asset/a network that Coinbase doesn't support? |
| | Native blockchain assets take much longer to integrate than token standards. |

# Other FAQs

**Do you have ongoing monitoring for assets on your Exchange?**

Coinbase regularly monitors the assets on our exchange to ensure they meet our listing standards. When an asset potentially no longer meets these standards, we may conduct another review and may suspend trading.

When we conduct such reviews, we assess a number of factors, such as:

- Project no longer meets our legal, compliance and/or technical security standards
- Project is discontinued or deprioritized, with no visible product development or commitment from the project team
- Failure to comply with listing or other agreements with Coinbase
- Issuer or project team engages in operations which, in the opinion of Coinbase, are contrary to public interest
- Project's responsiveness to ongoing due diligence requests
- Trading volume and liquidity of markets on the Exchange

When we make a decision to suspend trading support for an asset, we typically provide notice via public channels such as [Twitter](#) and our [Status Page](#). Any impact on deposit and withdrawal functionality will be included in public communication.

**Why have you decided to not list certain assets?**

As mentioned before, if we haven't yet listed a popular asset, it is likely due to various reasons which may include:

- We have concluded that the asset does not meet our listing standards
- We do not have enough information about the asset
- Technical integration work is required
- We do not support the network for the given token standard

**If I'm an asset issuer that wants to get listed on Coinbase Exchange, what should I do?**

The first step will be to submit a [request for review](#).

If you have any questions throughout your application process or are interested in other products and services, you can reach out to our partner success team at [listings-support@coinbase.com](#). We also address a number of asset issuer FAQs at the bottom of [this page](#).

**Why don't you support token standards on other networks?**

Adding support for new networks and for token standards of those networks require significant engineering work. Until  we add support for the native asset for a given network, we can't support the token standard for that network. This is because gas fees for the network are typically paid in the native asset for the network.

As a result, this limits both the new networks and the new token standards that we're able to support.

**coinbase** EXCHANGE

Disclaimer: Coinbase and related logos are trademarks of Coinbase, Inc., or its Affiliates. This material is for informational purposes only and is not (i) an offer, or solicitation of an offer, to invest in, or to buy or sell, any interests or shares, or to participate in any investment or trading strategy, (ii) intended to provide accounting, legal, or tax advice, or investment recommendations, or (iii) an official statement of Coinbase. No representation or warranty is made, expressed or implied, with respect to the accuracy or completeness of the information or to the future performance of any digital asset, financial instrument or other market or economic measure. The information is believed to be current as of the date indicated and may not be updated or otherwise revised to reflect information that subsequently became available or a change in circumstances after the date of publication. Investing in cryptocurrency comes with risk. Prior results that are presented here are not guaranteed and prior results do not guarantee future performance. Recipients should consult their advisors before making any investment decision. Coinbase may have financial interests in, or relationships with, some of the assets, entities and/or publications discussed or otherwise referenced in the materials. Any references to third parties do not imply Coinbase's endorsement, or approval of any third-party websites or their content. Any use, review, retransmission, distribution, or reproduction of these materials, in whole or in part, is strictly prohibited in any form without the express written approval of Coinbase. Coinbase, Inc. is licensed to engage in virtual currency business activity by the New York State Department of Financial Services. Coinbase, Inc., 248 3rd St #434, Oakland, CA, 94607.

© Copyright 2023 | Coinbase Inc.

# EXHIBIT 4

coinbase HELP

Individuals    Businesses    Developers                          Sign in

🔍  Search for issues

Coinbase Help Center  >  Privacy and security  >  Asset legal review

# Asset legal review

### How Coinbase thinks about the legal review of new assets

Coinbase conducts a legal review that analyzes potential assets under applicable securities laws, including U.S. securities laws as regulated by the Securities and Exchange Commission (the SEC). We inform our analysis using, among other resources, the SEC Staff's Framework for "Investment Contract" Analysis of Digital Assets. In addition, we take into consideration new developments in the law and the regulatory landscape, including staff commentary, the results of enforcement actions and settlements, court rulings, and new trends in the crypto industry itself (the SEC has updated its framework to take into account trends in popular consensus models such as proof-of-stake, stablecoins, and DeFi).

There is significant uncertainty as to how crypto assets should be characterized under securities laws. In order to advance the crypto economy while complying with laws for which the application is unclear, Coinbase and other industry leaders formed the Crypto Ratings Council (the CRC). The CRC has created an open-sourced framework (available to asset project teams) for analyzing the factors most likely to play a role in determining whether an asset will be deemed to be a security.

In addition to our work with the CRC, Coinbase has an independent role and obligation under which we analyze assets being considered for listing as best we can given the existing state of the law, including regulatory and informational guidance, enforcement actions, and case law:

- **Factual Diligence**:  Coinbase collects information from a number of sources, including from the asset project team and publicly available information, to best understand the facts surrounding the asset's function, current state, and history.

- **Howey Analysis for Investment Contracts**:  As part of our process, Coinbase performs an analysis under the Howey line of securities cases to determine the likelihood that an asset qualifies as an investment contract under U.S. securities laws. This analysis represents our best effort to interpret and comply with a dynamic and uncertain regulatory landscape, and as such our analysis is multifactorial and takes into consideration a wide array of facts and circumstances as informed by our factual diligence. As the regulatory landscape continues to evolve, so does our process, and we constantly strive to make changes to keep up with new developments in regulatory guidance, changes in black letter law, and applicable results from enforcement actions, settlements, and judgments.

- **Other Securities Analysis**:  When appropriate, Coinbase will also evaluate whether the asset has characteristics of other instruments that may be deemed to be securities, such as a note or stock. For example, we may evaluate to what extent an asset is identified or marketed as an investment and whether the issuer filed a registration statement or claimed an exemption to applicable securities laws. Additional review also considers whether the asset has features resembling a class of financial instruments known as derivatives.

### Takeaways

The industry for crypto assets moves fast, raising novel legal issues for industry participants to negotiate.

While we use our best efforts to comply in such an environment, we understand that this presents many questions for asset development teams as to how Coinbase conducts its legal analysis.

**We strongly recommend that asset issuers and development teams seek their own qualified legal counsel** to help navigate these uncertain waters, and to place their assets and networks in the best possible position for regulatory compliance when seeking or preparing for a listing application on Coinbase.

**And as always, the information presented here is not legal advice; we provide this for general informational purposes only, including any links to third-party websites.**

Was this article helpful?

Yes    No



Can't find what you're looking for?

Contact us

**coinbase**

© 2024 Coinbase

Blog • Twitter • Facebook

**Company**

About

Careers

Affiliates

Blog

Press

Investors

Legal & Privacy

Cookie policy

Cookie preferences

Digital Asset Disclosures

**Learn**

Browse crypto prices

Coinbase Bytes newsletter

Crypto basics

Tips & tutorials

Market updates

**Individuals**

Buy & sell

Earn free crypto

Wallet

NFT

Card

Derivatives

**Businesses**

Institutional

Prime

Asset Hub

Commerce

**Developers**

Developer Platform

Developer Documentation

**Support**

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Status

# EXHIBIT 5

Sign up and get crypto →

coinbase

Cryptocurrencies    Learn    Individuals    Businesses    Developers    Company    🌐    Sign In    **Sign up**

Blog                                    Product    Company    Policy    Engineering    International    Ventures    🔍 Search

# How Coinbase Protects Users From Risky Assets

**TLDR:**
- Coinbase reviews thousands of crypto tokens; around 90% never get considered for listing as they do not meet our strict requirements for protection against scams like "pump-and-dumps" and "rug pulls."
- Our proprietary threat detection software has identified and blocked over 700 tokens with malicious software that can harm Coinbase users.
- We also conduct in-depth research on project teams to ensure they don't have a record of engaging in questionable business practices.

By Dan Kim    **Product**, September 2, 2022, 4 min read time



In order to get the next 100 million people into web3, we need to make it easy to buy, sell, and hold the safest and most reputable catalog of digital assets, and further solidify Coinbase as the most trusted bridge to the cryptoeconomy. We also need to make sure users are protected.

That's why our goal at Coinbase is to list every asset that meets our industry-leading standards for risk, safety, and user protection: If an asset doesn't meet those standards, we don't list it.

We only announce the assets we have decided to list — not the ones that fail to meet our standards. But we've heard from many of you that you'd like to learn more about how we decide which assets are added to our **roadmap**.

## How Coinbase reviews digital assets

We review assets based on applications submitted by project teams on **Coinbase Asset Hub**, as well as the thousands of other projects we track across the global web3 ecosystem.

The order in which we sequence asset reviews is not based on whether we think a project is popular or interesting. Our framework is much more objective and nuanced, and includes factors such as the legitimacy of a project's white paper, integrity of their contributors, details of how their token works, and engagement levels of their user and developer communities. We only consider listing those assets that meet our rigorous guidelines for legality, safety, reputability, and technical integrability.

We do not list the majority of the tokens that we review. In fact, out of every 100 tokens we consider, only around 10 are identified as potential candidates for Coinbase Exchange, and fewer than that actually get approved for listing.

Today we're sharing more details about the industry-leading tools, systems and methods we use to protect our users from dangerous digital assets.

## How our threat detection software keeps users safe

---

Share

🐦 f in 🔗

**Introduction**

How Coinbase reviews digital assets

How our threat detection software keeps users safe

Added security from comprehensive research

Digging deeper: Protecting users from bad actors

Blockchain technology is constantly evolving, so any asset review system must be able to adapt with those changes.

That's why Coinbase developed our proprietary *secure trait analyzer*, a safety-first, threat detection software that informs us if a token is designed in a way that can harm you or your crypto.

Our software automatically reviews tokens on all the blockchains we support, and identifies those programmed with software (also known as *smart contracts*) that can potentially harm Coinbase customers. The secure trait analyzer works by detecting specific patterns in smart contracts (which we call *code signatures*), and comparing them against our database of code signatures from previously analyzed smart contracts. The more smart contracts we review, the faster we'll be able to distinguish the safer tokens from the riskier ones.

So far, our Listings team has used this automated system to identify over 700 tokens that didn't meet our security standards due to critical risks, such as single individuals being able to automatically seize users' funds or unilaterally drain account balances. The proprietary software has also helped us detect dangerous backdoor vulnerabilities — like those that can be used for rug pulls, in nearly one out of every four smart contracts we've reviewed.

Whenever we find things that aren't safe, we ask project teams to take the appropriate measures to mitigate those risks. If they don't, we don't list their tokens.

## Added security from comprehensive research

In addition to screening smart contracts with our threat detection software, we also conduct other types of detailed due diligence to protect our users.

That includes in-depth research into the project's purpose, milestones, and key contributors to make sure we're complying with regulations and identifying any potential connections to illicit activity.

To capture the most comprehensive view of all assets we consider for listing, we also perform on-chain and off-chain analyses of quantitative and qualitative signals — things like historical token prices and trading volume, ownership and vesting schedules, investment and financing history, market capitalization, community sentiment, technical roadmap, and information about how tokens are earned, burned, and distributed.

## Digging deeper: Protecting users from bad actors

Beyond our security reviews, we take other important steps to protect our customers from scams.

Earlier this year, we implemented a fraud detection framework that expands our ability to identify even more factors that could potentially harm Coinbase customers. This analysis is specifically designed to evaluate consumer and business risks that might not show up when we review project whitepapers or analyze token smart contracts — things like key project contributors with a record of shady business practices or confirmed allegations of pump-and-dumps.

Since implementing this additional layer of protection, the Listings team has identified nearly 100 projects with tokens that we perceive to be high risk and have chosen not to list.

Coinbase is the most trusted platform for buying, selling, and exchanging digital assets. While we aim to list as many assets as we legally can, our priority is to protect our users. We've invested an enormous amount in tools and processes that weed out risky assets, and will continue working towards keeping all Coinbase users safe.



Product

 **About Dan Kim**

Dan Kim is VP Business Development and Listings at Coinbase, the world's most trusted cryptocurrency exchange where he leads strategic partnerships with developers, creators, and users of the global web3 ecosystem. Dan also serves as Coinbase's Head of Listings, and works with crypto project teams from all around the world so that their tokens can be bought, sold, and held in the safest way by more than 100 million Coinbase customers.

## Recent Stories



Company, Dec 2, 2024

### Welcome Rob Witoff to the Coinbase Exec Team

I'm excited to share that Coinbase alumni Rob Witoff is re-joining us as our new Head of...



Product, Dec 2, 2024

### Fiat-to-crypto in seconds with Apple Pay

TL;DR: Today, we're excited to announce the launch of Apple Pay for all fiat-to-crypto...



Product, Dec 2, 2024

### Introducing Coinbase Prime Onchain Wallet: The easiest...

TL;dr  Coinbase Prime Onchain Wallet, formerly Prime Web3 Wallet, is an institutional-grade...

coinbase

© 2024 Coinbase

Blog • Twitter • Facebook

🌐 United States | English

**Company**
About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

**Learn**
Bitcoin Halving
Ethereum Merge
Explore
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials
Crypto glossary
Market updates
What is Bitcoin?
What is crypto?
What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

**Individuals**
Buy & sell
Earn free crypto
Wallet
Card
Coinbase One

**Businesses**
Institutional
Prime
Asset Hub
Commerce
Derivatives Exchange

**Developers**
Developer Platform
Base
Staking
Onramp
Wallets
Wallet SDK
Coinbase App
Exchange API
Prime API
Base Node
OnchainKit

**Support**
Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access

Supported crypto
Status

# EXHIBIT 6

i mean bro, it's literally a dog wif a hat    ✦    i mean bro, it's literally a dog wif a hat    ✦    i mean bro, it's literally a dog wif a hat    ✦    i mean bro, it's literally a dog wif a hat    ✦    i mean bro, it's literally a

DOG WIF HAT      BUY WIF US      CHART WIF US      VIBE WIF US ⌄

# WHAT IS $WIF ?

WIF ISN'T LITERALLY JUST A DOG WIF A HAT - IT'S A SYMBOL OF PROGRESS, FOR FUTURISTIC TRANSACTIONS, A BEACON FOR THOSE WHO THINK AHEAD. IT'S CLEAR THAT THE FUTURE BELONGS TO THOSE WHO EMBRACE INNOVATIONS LIKE WIF, TRANSCENDING BOUNDARIES & PAVING A NEW ERA IN FINANCE AND TECHNOLOGY.



⊕

# WHAT IS WIF? BE FR



BE FR FR I'M SO SERIOUS



# LISTEN











# GET WIF THE BEST

RUNNER UP

SOLANA

**$SOL**

GOOD CHOICE

WINNER

DOG WIF HAT

**$WIF**

BEST OF THE BEST

THIRD CHOICE

ETHEREUM

**$ETH**

???



- ✅ 4272 transactions/second
- ✅ 240+ billion transactions
- ✅ chain used for $WIF
- ☒ not a dog
- ☒ no hat

BUY $WIF

WIF isn't just a cryptocurrency: it's a symbol of progress, for futuristic transactions, a beacon for those who think ahead. It's clear that the future belongs to those who embrace innovations like WIF, transcending boundaries & paving a new era in finance and technology.

- ✅ literally a dog wif a hat

BUY $WIF

- ☒ 12 transactions/second
- ☒ 2.1+ billion transactions
- ☒ chain not used for $WIF
- ☒ not a dog
- ☒ no hat

BUY $WIF

🥹









REAL AF

"

they took a dog and put a hat on

⭐⭐⭐⭐⭐

"

-ANON WIF HAT

FAKE AF

"

I don't get it

⭐☆☆☆☆

"

-NOHATTER

WIF Hat Generator Coming Soon

;)



telegram     twitter     contract     chart

# EXHIBIT 7

Video file to be lodged with Court

EXHIBIT 8



home    about    how to buy    bridge    tokenomics    roadmap     buy now

# $pepe

The most memeable memecoin in existence. The dogs have had their day, it's time for Pepe to take reign.

   



  

  

  

# about



Pepe is tired of watching everyone play hot potato with the endless derivative ShibaCumGMElonKishuTurboAssFlokiMoon Inu coins. The Inu's have had their day. It's time for the most recognizable meme in the world to take his reign as king of the internet.

Pepe is here to make memecoins great again. Launched stealth with no presale, zero taxes, LP burnt and contract renounced, $PEPE is a coin for the people, forever. Fueled by pure memetic power, let $PEPE show you the way.

# how to buy



## create a wallet

download metamask or your wallet of choice from the app store or google play store for free. Desktop users, download the google chrome extension by going to metamask.io.

### get some eth



have ETH in your wallet to switch to $PEPE. If you don't have any ETH, you can buy directly on metamask, transfer from another wallet, or buy on another exchange and send it to your wallet.

### go to uniswap



connect to Uniswap. Go to app.uniswap.org in google chrome or on the browser inside your Metamask app. Connect your wallet. Paste the $PEPE token address into Uniswap, select Pepe, and confirm. When Metamask prompts you for a wallet signature, sign.

### switch eth for $pepe



switch ETH for $PEPE. We have ZERO taxes so you don't need to worry about buying with a specific slippage, although you may need to use slippage during times of market volatility.





# tokenomics

## token supply:
## 420,690,000,000,000

No Taxes, No Bullshit. It's that simple.

LP tokens are burnt, and contract ownership is renounced.





# roadmap



Phase 1: Meme
Phase 2: Vibe and HODL
Phase 3: Meme Takeover

 

$pepe coin has no association with Matt Furie or his creation Pepe the Frog.
This token is simply paying homage to a meme we all love and recognize.

$PEPE is a meme coin with no intrinsic value or expectation of financial
return. There is no formal team or roadmap, the coin is completely useless
and for entertainment purposes only.

© 2024 by Pepe. All rights reserved!

# EXHIBIT 9



# Coinbase to list MOG meme coin

By Naga Avan-Nomayo    December 3, 2024 at 3:57 pm    Edited by Jayson Derrick



Coinbase's meme coin listing bonanza continued on Dec. 3 as Mog Coin was added to the platform's trading roadmap.

REHAS FINANCE
BUY NOW

U.S. crypto exchange Coinbase announced Mog Coin  MOG -13.35%  as the latest addition to its listing roadmap, according to a tweet from the firm's dedicated assets page on X. Coinbase stated it would list MOG on Base, the company's Ethereum layer-2 scaling solution, which has nearly $4 billion in user deposits or total value locked.

MOG's price surged 23% within an hour of the announcement, according to data from DEXScreener. The token's market cap reached approximately $1 billion, making it the tenth-largest meme coin by valuation.

https://twitter.com/CoinbaseAssets/status/1863953923372949771

🔖 **You might also like:**
**Coinbase adds Apple Pay to onramp for easier crypto access**

Coinbase's meme coin listing spree has included a basket of top tokens from the speculative sector. Indeed, the crypto exchange has added Pepe  PEPE -14.6% , Floki  FLOKI -22.05% , Dogwifhat  WIF -20.9% , and Moo Deng  MOODENG -23.06%  for users in less than a month.

The digital asset titan might also list viral meme coin Peanut The Squirrel  PNUT -19.52% . As crypto.news reported, PNUT featured on the company's Apple Pay tutorial, raising suspicious about a possible listing in the coming days.

Integrating Apple Pay will also provide wider crypto access, which may direct bigger liquidity toward meme coins like MOG and MOODENG.

President Donald Trump's re-election and expectations for looser crypto regulations may have influenced Coinbase's recent decisions. Notably, all meme coin listings since PEPE have occurred following the Nov. 6 general election, after Republicans secured the White House



**mog coin**
$0.0000031

| 24H Volume | Market Cap |
| --- | --- |
| $121,150,750 | $1,248,308,802 |

| 24h Low/High | |
| --- | --- |
| $0.0000031 / $0.0000037 | |

24h ▼ -13.35%    7d ▲ 31.32%



**Avalanche CEO calls for freezing Satoshi-era million Bitcoins amid quantum computing concerns**
BTC   AVAX
1 hour ago



**The future of B2B cross-border transactions is on the blockchain | Opinion**
PYUSD
4 hours ago



**All-In on "Sacks": The man behind Trump's bold crypto and AI move**
DOGE   BTC   USDC
1 day ago



**El Salvador to adjust Bitcoin policy for $1.3b IMF loan agreement**
BTC
1 day ago

and majority seats in the Senate.

🔖 **Read more:**
**News Coinbase CEO to cut ties with firms that hire officials involved in Biden's war on crypto**

🔴 MOG -13.35%  🟢 PEPE -14.6%  🐸 FLOKI -22.05%  🦊 WIF -20.9%  🐶 MOODENG -23.06%  🥜 PNUT -19.52%

🟠 READ MORE ABOUT

coinbase    listing    meme coin



# 21.co announces plans for new operating structure

By Benson Toti    📅 December 3, 2024 at 3:47 pm    Edited by Jayson Derrick



Crypto investment products firm 21.co plans to split its business into two separate entities as it transitions to a new operating structure.

Effective Jan. 6, 21Shares, the crypto exchange-traded products issuer, will operate independently from 21.co Technologies, which will focus on tokenized assets, risk management, and other solutions in the crypto space. Despite this separation, 21.co will remain the holding company for both entities.

🔖 **You might also like:**
**Crypto ETP giant 21Shares urges European regulator to bring regulatory clarity**

According to the company, the decision to have 21Shares and 21.co Technologies operate as separate entities will allow it to prepare for what it sees as a new dispensation for the crypto and blockchain technology industry.

While the core business will be run in these two entities, 21.co will remain the holding company for both.


Five verification needs when tokenizing RWAs | Opinion
1 day ago


Bitcoin milestone, Trump nominates new SEC chair, Solana ETFs, Cardano | Weekly Recap
🟠 BTC  ⚪ XRP  🟣 SOL
2 days ago


Why Paul Atkins, Trump's SEC chair pick, gives crypto a reason to hope again
🟠 BTC  ⚪ XRP
2 days ago


Decentralized identifier systems are key to tokenized economies | Opinion
🟠 BTC  ⚫ ETH
2 days ago


Hawk Tuah Girl vs. Coffeezilla: Viral star clashes with crypto sleuth over token crash
🟣 SOL
3 days ago


Collaborative infrastructure is the only way for DeFi-TradFi cooperation | Opinion
🟠 BTC
3 days ago

Co-founders Hany Rashwan and Ophelia Snyder will assume titles of co-chairs of 21Shares. A transition period will then see Rashwan take over as 21.co Technologies chief executive while Snyder becomes president. The two also remain, respectively, CEO and president of 21.co.

> "This transition formalizes a structure we've been building toward over the past year, allowing each division to grow independently. With dedicated leadership in place for both asset management and technology, we're setting up 21Shares and 21.co Technologies for even greater success."
>
> Hany Rashwan, co-founder of 21Shares.

In other roles, former abrdn global head of alternative and multi-asset investments Russell Barlow is set to join 21Shares as CEO. 21.co has tapped Duncan Moir, also previously at abrdn, as president of 21Shares.

21Shares has seen significant growth over the past year.

Expansion via spot Bitcoin BTC -2.24% and Ethereum ETH -6.71% ETFs has helped the company exceed $10 billion in assets under management.

As well as expansion in the U.S., 21Shares has unveiled physically-backed crypto exchange-traded notes for investors in the U.K. The platform has ETNs listed on the London Stock Exchange and across Europe.

🔖 **You might also like:**
**21Shares files S-1 for spot XRP ETF**

BTC -2.24%    ETH -6.71%

READ MORE ABOUT:

cryptocurrency    etf



Follow crypto.news on Google News to receive the latest news about blockchain, crypto, and web3.    follow us on google news

## Shiba Inu price could rise 60% as burn rate rises 3,400%

By Crispus Nyaga    December 3, 2024 at 3:31 pm    Edited by Jayson Derrick






Shiba Inu price has retreated for two consecutive days, even as the burn rate jumped by over 3,400%.

Shiba Inu ◯ , the second-largest meme coin, retreated to $0.00002765, down by 16.2% from its highest level this month.

This retreat was mostly due to the ongoing pullback of Bitcoin (BTC) and other cryptocurrencies. Bitcoin slipped below $95,000 as the rally to $100,000 seemed elusive.

Still, crypto analysts believe that SHIB price has more upside now that the altcoin season index has jumped to 80. In most periods, meme coins like Shiba Inu tend to perform well when altcoins are rising.

You might also like:

Our site uses Cookies and similar technologies. By using our site you consent to the use of cookies. Find additional information on how we use cookies in our Cookie Policy.

I accept cookies

I accept cookies

# EXHIBIT 10

