# EXHIBIT 22

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COINBASE GLOBAL, INC.<br><br>　　　　　Defendant. | Case No.: 5:24-cv-9019<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

17
18
19
20
21
22
23
24
25
26
27
28

1

THIS MATTER comes before the Court upon Plaintiff BiT Global Digital Limited's ("BiT Global") Motion for Temporary Restraining Order and Preliminary Injunction, pursuant to Fed. R. Civ P. 65 and Civ. L.R. 65-1. Having considered the arguments and papers submitted, in order to prevent irreparable harm to BiT Global and the general public, and finding good cause based on the record before me,

THE COURT FINDS THAT

BiT Global's Motion for a Temporary Restraining Order is GRANTED, pending a hearing on _____ to show cause why a preliminary injunction should not issue. This Temporary Restraining Order shall expire after 14 days of entry, unless before that time the Court, for good cause shown, extends it for a like period, pursuant to Fed. R. Civ. P. 65(b)(2).

Based on the record before the Court, BiT Global has demonstrated that it is highly likely to succeed on the merits of the claims alleged in the Complaint, that BiT Global will incur irreparable damage if Coinbase is not enjoined, and that a temporary restraining order is in the public interest.

THEREFORE IT IS ORDERED THAT

Coinbase Global Inc. its agents, servants, employees, attorneys, and any other persons who are in active concert or participation with Coinbase are prohibited from delisting wBTC from Coinbase's trading platform. Coinbase shall allow wBTC trading to continue on all Coinbase platforms unabated.

This Order expires 14 days after issuance unless extended by further order of this Court.

DEFENDANT IS HEREBY ORDERED TO SHOW CAUSE on _____ at _____ before the Honorable Judge _____ why a Preliminary Injunction should not issue.