UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>COINBASE GLOBAL INC.,<br><br>    Defendant. | Case No.  24-cv-09019-EKL<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: December 13, 2024

Eumi K. Lee
United States District Judge