UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COINBASE GLOBAL INC.,<br><br>　　　　　Defendant. | Case No. 24-cv-09019-AMO<br><br>**ORDER RE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 3 |

Before the Court is an ex parte motion for temporary restraining order filed by Plaintiff BiT Global Digital Limited. The Court will set a briefing schedule only after receipt of Plaintiff's certificate of service demonstrating Defendant Coinbase Global, Inc., has properly received notice of the suit and the motion. Plaintiff's counsel has provided no reason why notice should not be required. *See* Fed. Civ. R. Pro. 65(b)(1)(B). The Court notes that notice via general counsel's social media accounts does not suffice.

**IT IS SO ORDERED.**

Dated: December 13, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　**United States District Judge**