1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2
   SONAL N. MEHTA (SBN 222086)
3   Sonal.Mehta@wilmerhale.com
   2600 El Camino Real, Suite 400
4  Palo Alto, California 94306
   Telephone: (650) 858-6000
5
   DAVID Z. GRINGER (*pro hac vice* forthcoming)
6   David.Gringer@wilmerhale.com
   7 World Trade Center
7  250 Greenwich Street
8  New York, New York 10007
   Telephone: (212) 230-8800
9
   *Attorneys for Defendant Coinbase Global, Inc.*
10

11

12

13

14               **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED, | Case No. 3:24-cv-09019-AMO |
| Plaintiff, | |
| v. | **DEFENDANT COINBASE GLOBAL, INC.'S NOTICE OF INTENT TO OPPOSE *EX PARTE* EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| COINBASE GLOBAL, INC., | |
| Defendant. | |

On August 9, 2024, it was announced that Plaintiff BiT Global would assume custodian services for the Bitcoin underlying wBTC in a "strategic partnership between BitGo, Justin Sun, and the Tron ecosystem."[1] Mr. Sun has a checkered history, including allegations of fraud and misleading investors in both China and the United States.[2]

After a review of Plaintiff's operations, as the Complaint itself alleges, on November 19, 2024, Coinbase publicly announced that it "will suspend trading for wBTC (wBTC) on December 19, 2024, on or around 12pm ET."[3] Plaintiff waited nearly four weeks, until December 13, 2024, to file the instant action and seek a temporary restraining order and preliminary injunction. Coinbase respectfully submits that Plaintiff's motion should be denied on that basis alone, even apart from its numerous other failings.

If the Court intends to hear the motion, Coinbase respectfully requests that the Court set the following schedule:

- Deadline for Coinbase's opposition:  Wednesday, December 18, 2024 at 3 p.m. PT.
- Plaintiff shall not be permitted a reply.
- Hearing:  Thursday, December 19, 2024 at 2 p.m. PT (on the Court's civil law and motion calendar), or as soon thereafter as convenient for the Court.

Dated: December 13, 2024

Respectfully submitted,

By: /s/ Sonal N. Mehta
SONAL N. MEHTA (SBN 222086)

*Attorney for Defendant Coinbase Global, Inc.*

---

[1] https://blog.bitgo.com/bitgo-to-move-wbtc-to-multi-jurisdictional-custody-to-accelerate-global-expansion-plan-2ea0623fa2c8.

[2] https://www.cryptotimes.io/2024/08/13/justin-suns-wbtc-involvement-sparks-concern-among-community/; https://www.theverge.com/c/22947663/justin-sun-tron-cryptocurrency-poloniex.

[3] https://x.com/CoinbaseAssets/status/1858921827159945638.