WILMER CUTLER PICKERING HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Coinbase Global Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BIT GLOBAL LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COINBASE GLOBAL INC.,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-09019-AMO<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF COINBASE'S OPPOSITION TO *EX PARTE* EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Sonal N. Mehta, hereby state and declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendant Coinbase Global Inc. ("Coinbase") in this action.

2. I make this declaration in support of Coinbase's opposition to *Ex Parte* Emergency Motion for Temporary Restraining Order and Preliminary Injunction. I am familiar with the facts set forth herein.

3. Attached as **Exhibit A** is a true and correct copy of a post on X from @justinsuntron, dated August 10, 2024 at 4:33 PM ET, available at https://x.com/justinsuntron/status/1822370692014485937.

4. Attached as **Exhibit B** is a true and correct copy of a post on X from @WrappedBTC, dated September 24, 2024, available at https://x.com/WrappedBTC/status/1838778832456941945.

5. Attached as **Exhibit C** is a true and correct copy of a Coinbase help center article titled "Asset legal review," last accessed on December 16, 2024, available at https://help.coinbase.com/en/coinbase/privacy-and-security/other/asset-legal-review.

6. Attached as **Exhibit D** is a true and correct copy of a Coinbase article by Noama Samreen titled "Token Custody Risks; Defining Security in the Crypto World," dated June 29, 2023, available at https://www.coinbase.com/blog/token-custody-risks-defining-security-in-the-crypto-world.

7. Attached as **Exhibit E** is a true and correct copy of a Coinbase help center article titled "Enhancing Trust with Regulatory Compliance," last accessed on December 16, 2024, available at https://help.coinbase.com/en/coinbase/other-topics/legal-policies/enhancing-trust-with-regulatory-compliance.

8. Attached as **Exhibit F** is a true and correct copy of a Medium article titled "BitGo to Move WBTC to Multi-Jurisdictional Custody to Accelerate Global Expansion Plan," dated

1  August 9, 2024, available at https://blog.bitgo.com/bitgo-to-move-wbtc-to-multi-jurisdictional-
2  custody-to-accelerate-global-expansion-plan-2ea0623fa2c8.

3       9.      Attached as **Exhibit G** is a true and correct copy of a post of X by user
4  @mikebelshe, dated August 10, 2024 at 1:06 PM ET, available at
5  https://x.com/mikebelshe/status/1822318651996877224.

6       10.     Attached as **Exhibit H** is a true and correct copy of a comment on MakerDAO by
7  user mikebelshe, dated August 11, 2024, available at https://forum.sky.money/t/wbtc-changes-
8  and-risk-mitigation-10-august-2024/24844/18.

9       11.     Attached as **Exhibit I** is a true and correct copy of The Block article by Zack
10 Abrams titled "BitGo CEO Mike Belshe on Justin Sun's WBTC involvement: 'A big nothing
11 burger,'" dated August 11, 2024, available at https://www.theblock.co/post/310576/bitgo-ceo-
12 mike-belshe-on-justin-suns-wbtc-involvement-a-big-nothingburger.

13      12.     Attached as **Exhibit J** is a true and correct copy of a CoinDesk article by Sam
14 Reynolds titled "BitGo Reiterates Autonomy From Justin Sun, Tron as MakerDAO Decides to
15 Dump WBTC," dated August 15, 2024, available at
16 https://www.coindesk.com/business/2024/08/15/bitgo-reiterates-autonomy-from-justin-sun-tron-
17 as-makerdao-decides-to-dump-wbtc.

18      13.     Attached as **Exhibit K** is a true and correct copy of a CoinDesk article by Sam
19 Reynolds titled "BitGo CEO Says Wrapped Bitcoin's Critics Aren't Being 'Intellectually
20 Honest' About Their Concerns," dated September 3, 2024, available at
21 https://www.coindesk.com/business/2024/09/03/bitgo-ceo-says-wrapped-bitcoins-critics-arent-
22 being-intellectually-honest-about-their-concerns.

23      14.     Attached as **Exhibit L** is a true and correct copy of a post on X from
24 @justinsuntron, dated August 12, 2024 at 6:24 AM ET, available at
25 https://x.com/justinsuntron/status/1822942271660339633.

26      15.     Attached as **Exhibit M** is a true and correct copy of a post on MakerDAO by user
27 monet-supply, dated August 10, 2024, available at https://forum.sky.money/t/wbtc-changes-and-
28

risk-mitigation-10-august-2024/24844.

16. Attached as **Exhibit N** is a true and correct copy of The Verge article by Christopher Harland-Dunaway titled "The Many Escapes of Justin Sun," dated March 9, 2022, available at https://www.theverge.com/c/22947663/justin-sun-tron-cryptocurrency-poloniex.

17. Attached as **Exhibit O** is a true and correct copy of an interactive graph on CryptoQuant titled "Wrapped BTC: Total Supply," last accessed on December 17, 2024, available at https://cryptoquant.com/asset/wbtc/chart/supply/total-supply?window=DAY&sma=0&ema=0&priceScale=log&metricScale=linear&chartStyle=line.

18. Attached as **Exhibit P** is a true and correct copy of a post on X from user @CoinbaseAssets, dated November 19, 2024 at 12:14 PM ET, available at https://x.com/CoinbaseAssets/status/1858921827159945638.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of December, 2024.

                                              _/s/ Sonal N Mehta_____
                                              Sonal N. Mehta