# Mehta Decl. Exhibit A

