# Mehta Decl. Exhibit B

