# Mehta Decl. Exhibit F

# BitGo to Move WBTC to Multi-Jurisdictional Custody to Accelerate Global Expansion Plan

BitGo Editor · Follow
Published in Official BitGo Blog · 3 min read · Aug 9, 2024



- WBTC is the largest store of value used within DeFi applications.
- BitGo and BiT Global are creating a joint venture to diversify custody operations and cold storage across multiple jurisdictions.
- Upgrade will be both frictionless and transparent to the WBTC community, with a transition period of 60 days.
- The new solution will utilize the same BitGo cold storage technology that has been deployed to secure Bitcoin since 2019.

BitGo is pleased to announce the move of its WBTC business to the world's first multi-jurisdictional and multi-institutional custody via a unique partnership and joint-venture with BiT Global. BitGo will be a minority shareholder in the new joint venture.

The move will upgrade the security of WBTC operations by diversifying both custodial jurisdictions and locations for the underlying Bitcoin, which was previously held in the United States. WBTC is the de-facto standard for Bitcoin integration into DeFi applications across a growing list of blockchains, serving the needs of its global users. Following the upgrade, WBTC operations will be diversified geographically and jurisdictionally to include Hong Kong and Singapore.

BiT Global is a global custody platform with regulated operations based in Hong Kong, registered as a Trust and Company Service Provider (TCSP). This is a strategic partnership between BitGo, Justin Sun, and the Tron ecosystem, which is the leading blockchain that presently hosts the largest circulating supply of USDT stablecoins in the world, totaling over $60 billion.

The joint venture will continue to use the same BitGo multi-signature technology and deep cold storage, with the only difference being the ability to distribute keys in multiple locations around the world. BitGo and BiT Global remain committed to the utmost of transparency, and will continue to provide real time proof-of-reserves via the https://wbtc.network, which was one of the first proof-of-reserve systems ever launched with continuous operation since 2019.

BitGo and BiT Global are pleased to pre-announce this upgrade which will occur 60 days from now, in a joint effort to facilitate the smooth process for custodial assets and merchant migration. WBTC clients will continue to benefit from the same quality service that WBTC has provided the community for the last five years with no interruption in operation.

"Working with the team at BiT Global has been a delight for the BitGo team. We're proud not just of the increased trust that comes with this first-of-its kind multi-jurisdictional service, but also for the future growth it unlocks. The vast majority of WBTC usage is already in Asia, where BitGo has actively expanded its regulated presence in both Korea and Singapore… and with this partnership, the future of WBTC has never been brighter, " said Mike Belshe, CEO of BitGo.

For more information about WBTC please visit: https://wbtc.network.

For questions please reach out to wbtc@bitgo.com and wbtc@bitgc.io.

. . .

©2024 BitGo Inc. (collectively with its affiliates and subsidiaries, "BitGo"). All rights reserved. BitGo Trust Company, Inc., BitGo Inc., and BitGo Prime LLC are separately operated, wholly-owned subsidiaries of BitGo Holdings, Inc., a Delaware corporation headquartered in Palo Alto, CA. No legal, tax, investment, or other advice is provided by any BitGo entity. Please consult your legal/tax/investment professional for questions about your specific circumstances. Digital asset holdings involve a high degree of risk, and can fluctuate greatly on any given day. Accordingly, your digital asset holdings may be subject to large swings in value and may even become worthless. The information provided herein is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation. BitGo is not directing this information to any person in any jurisdiction where the publication or availability of the information is prohibited, by reason of that person's citizenship, residence or otherwise.

Wbtc   Product

90

**Published in Official BitGo Blog**  Follow
8.1K Followers · Last published Sep 16, 2024
The leader in institutional digital asset custody, trading, and finance. Learn more at bitgo.com.

**Written by BitGo Editor**  Follow
271 Followers · 2 Following
The leader in institutional digital asset custody, trading, and finance. Learn more at bitgo.com.

## More from BitGo Editor and Official BitGo Blog



In Official BitGo Blog by BitGo Editor
**Introducing the BitGo Mobile App**
We're proud to announce the launch of the BitGo mobile app. We know many of our…
Jun 8, 2022 · 2

In Official BitGo Blog by BitGo Editor
**Launching Wrapped Bitcoin (WBTC) on Base**
Bridging WBTC to the Base Ecosystem
Feb 28 · 53 · 1

In Official BitGo Blog by BitGo
**BitGo phasing out SMS based 2-factor authentication**
At launch in 2013, BitGo was one of the first Bitcoin companies to enforce mandatory 2-…
Dec 2, 2016 · 3

In Official BitGo Blog by BitGo Editor
**BitGo TSS: A technical deep-dive**
To validate and process any transaction on the blockchain, one must sign it digitally…
Nov 1, 2022 · 4

See all from BitGo Editor   See all from Official BitGo Blog

Recommended from Medium



In Mr. Plan ℬ Publication by Sayedali

**Revealed: My Top 2 Indicators That Will Transform Your Trading Game**

Simplify your trading decisions with powerful, easy-to-use technical indicators.

3d ago · 14

In Official BitGo Blog by BitGo Editor

**BitGo will Serve as a Custodian for 21Shares' US Spot ETFs**

Now the custodian for four ETF funds, BitGo continues to solidify its position as the…

Sep 12

Lists



Good Product Thinking
13 stories · 782 saves

Growth Marketing
11 stories · 294 saves



Figma 101
7 stories · 798 saves

Stories to Help You Level-Up at Work
19 stories · 892 saves

In Crypto 24/7 by 0xAnn

**4 Signs Before A Crypto Market Flush**

How to predict a mid-cycle crash that liquidates billions

4d ago · 200 · 2

Trade Aria

**Free Crypto Mining: How to Get Started Today**

Cryptocurrency mining is a popular way to earn digital currency. But, the cost of…

Nov 20 · 162 · 13

In The Erudite Elders by Bogdan Maftei

**How NATO's Borders Became Russia's Biggest Headache!**

6d ago · 1K · 6

Shankar Narayan

**Run Putin Run. Ukraine is not the enemy you think they are.**

How Ukraine Is Dismantling Putin's Protectorate

5d ago · 5.7K · 23

See more recommendations

Help   Status   About   Careers   Press   Blog   Privacy   Terms   Text to speech   Teams