# Mehta Decl. Exhibit G

