# Mehta Decl. Exhibit I



## LATEST NEWS

**NFT collection CyberKongz says it has received a Wells Notice from SEC**
DEC 16, 2024, 4:26PM EST • METAVERSE & NFT

**Anticipated Avalanche9000 upgrade goes live, reducing costs and making it easier to launch Avalanche subnets**
DEC 16, 2024, 4:20PM EST • LAYER 1S

**Monad Foundation forms to promote adoption of the Ethereum-compatible Layer 1**
DEC 16, 2024, 1:54PM EST • LAYER 1S

**With MicroStrategy joining the Nasdaq 100, analysts weigh what's next for the corporate bitcoin holder**
DEC 16, 2024, 1:54PM EST • EXCHANGES

SEE MORE LATEST NEWS →



# BitGo CEO Mike Belshe on Justin Sun's WBTC involvement: 'A big nothingburger'

by **Zack Abrams**

COMPANIES • AUGUST 11, 2024, 4:51PM EDT
Published 1 minute earlier on THE BLOCK PRO



Share                                                                                                          The Block

**Quick Take**

- BitGo recently announced the move of its wrapped bitcoin (WBTC)

**Quick Take**

- BitGo recently announced the move of its wrapped bitcoin (WBTC) product to a multi-jurisdictional joint venture with Hong Kong-based BiT Global, forming a "strategic partnership" between BitGo, Justin Sun, and the Tron ecosystem.
- BitGo CEO Mike Belshe played down criticism of the move in an interview with The Block, emphasizing BitGo's commitment to security and highlighting the legal checks on BitGo and BiT Global.



GM30 Top 30 tokens                              EXCHANGES
**214.14**
-0.64%

SEE CRYPTO INDICES →

Get unlimited access to The Block's most premium content.



**Amboss launches Magma AI, bringing machine learning to Lightning Network channel management**
12/12/24 12:00PM EST • LAYER 2S AND SCALING

SEE MORE IN ACCESS →

SPONSORED
**Fordefi, the First MPC Wallet to Fully Support Bitcoin DeFi, Joins Cohort of sBTC Backers**
DECEMBER 16, 2024, 9:25AM EST

*Advertisement*



Wrapped Bitcoin ( WBTC +1.30% ), a token on the Ethereum blockchain backed one-to-one with bitcoin and used in a variety of decentralized finance applications, will soon be under new ownership, longtime custodian BitGo recently announced.

According to the custody firm's announcement, BitGo will become a minority owner in a new joint venture with Hong Kong-based BiT Global, providing "multi-jurisdictional and multi-institutional custody" for the WBTC business. The company also described the move as a "strategic partnership" between BitGo and Justin Sun, the founder of Tron with a controversial reputation in the crypto industry.

Sun's involvement in the joint venture, which has a transition period of 60 days, led Maker DAO's risk management team, Block Analitica Labs, to propose preventing new borrowing against WBTC collateral on Maker's governance forum. "On the whole, we find that Sun's involvement as a controlling interest in the new WBTC joint venture presents an unacceptable level of risk," pseudonymous BA Labs cofounder Monetsupply wrote.

In an interview with The Block, BitGo CEO Mike Belshe played down Sun's involvement in the joint venture, highlighting BitGo's longstanding commitment to security. "You've got a whole team of people at BiT Global that manage multiple customer accounts that have a duty for safekeeping care. They can't lend it out, they can't arbitrarily give it to Justin or me or anybody else without breaking laws and going to jail," Belshe said. "In terms of the attestations, we've always had wbtc.network, and that's going to continue to run."

Justin Sun, in an X post addressing the controversy, echoed the sentiment. "My personal involvement in WBTC is entirely strategic. I do not control the private keys to the WBTC reserves and cannot move any BTC reserves," Sun wrote.



While some in the crypto community have touted decentralized alternatives to WBTC, Belshe argued that such products come with risks. "The DeFi products are not that decentralized. You know, what happens if they decide to go start making a yield and taking risk? So the construct we've created doesn't allow for that, legally. And that's what makes it unique. It's also what makes it more expensive to run," Belshe said.

Other community members, such as developer GFX Labs, questioned the focus on WBTC in comparison with other centralized assets. "This feels like a rush to judgement that isn't treating WBTC on the same basis it treats other centralized asset issuers," GFX Labs wrote.

"I think BitGo has a very strong reputation because we have applied the strictest principles of security to everything that we do. And you can think what you will about Justin Sun, but I know that the technology that's here is the strongest of the industry," Belshe said.

With regards to Maker DAO in particular, Belshe said he was willing to assist in due diligence in order to assuage any concerns. "These guys are asking good questions. They should figure out how to do good diligence. And it's gonna require some novel creative ways to figure that out...and I think in the end, people are going to realize this is a big nothingburger."

Disclaimer: The Block is an independent media outlet that delivers news, research, and data. As of November 2023, Foresight Ventures is a majority investor of The Block. Foresight Ventures invests in other companies in the crypto space. Crypto exchange Bitget is an anchor LP for Foresight Ventures. The Block continues to operate independently to deliver objective, impactful, and timely information about the crypto industry. Here are our current financial disclosures.

© 2024 The Block. All Rights Reserved. This article is provided for informational purposes only. It is not offered or intended to be used as legal, tax, investment, financial, or other advice.

**TOKENS MENTIONED IN THIS ARTICLE**

WBTC +1.30%

**TAGS**

JUSTIN SUN

Share

Zack Abrams is a writer and editor based in Brooklyn, New York. Before coming to The Block, he was the Head Writer at Coinage, a Web3 media outlet covering the biggest stories in Web3. The story he co-reported on Do Kwon won a 2022 Best in Business Journalism award from SABEW. Other projects included a deep dive into SBF's defense based on exclusive documents and unveiling the identity of the hacker behind one of 2023's biggest crypto hacks — so far. He can be reached via X @zackdabrams or email, zabrams@theblock.co.

**MORE BY ZACK ABRAMS**



Musician Drake's X account seemingly hacked, used to promote Solana memecoin

December 14, 2024, 5:42PM EST · THE BLOCK



MicroStrategy to join Nasdaq 100, QQQ ETF following 500% rally this year

December 14, 2024, 2:41PM EST · LAYER 1S