# Mehta Decl. Exhibit L

