# Mehta Decl. Exhibit O

