# Mehta Decl. Exhibit P

