# Kim Decl. Exhibit A

