# Hillman Decl. Exhibit B

coinbase

Sign In

Exchange                Help    Fees    API    Markets    Liquidity Program

# Asset Listings Process

Coinbase Exchange adheres to thorough processes and standards for all asset listings.

- Our Digital Asset Support Group (DASG) votes on which assets can be listed on our exchange, informed by a rigorous vetting/review process that evaluates assets against legal, compliance, and technical security standards
- We perform additional business assessments regarding a number of quantitative and qualitative signals
- Listed assets are subject to ongoing monitoring to ensure continued adherence to our listing standards
- Asset issuers and project teams are welcome to apply for listing consideration on **Asset Hub**
- See our **Assets** and **Markets** pages for a comprehensive list of all assets listed on the Exchange

# Process & Standards

## Learn more

Please download the process and standards guide for more details.

 Listings Prioritization Process and Standards

Overview of the Coinbase Exchange asset listings process and standards.

**coinbase**                                                                 Sign In

Exchange                    Help        Fees        API        Markets        Liquidity Program

Disclaimer: This material is the property of Coinbase, Inc., its parent, and its affiliates and is for informational purposes and sophisticated investors only. This material is not: (i) an offer, or solicitation of an offer, to invest in, or to buy or sell, any interests or shares, or to participate in any investment or trading strategy, or (ii) intended to provide accounting, legal, or tax advice, or investment recommendations. This material contains important disclosures and disclaimers. Recipients should consult their advisors before making any investment decision.

Coinbase, Inc. is licensed to engage in virtual currency business activity by the New York State Department of Financial Services. Coinbase, Inc. is not registered or licensed with the U.S. Securities and Exchange Commission or the U.S. Commodity Futures Trading Commission. View our licensing information.

**coinbase**

© 2024 Coinbase
Blog • Twitter • Facebook

🌐 United States     English

### Company
About
Careers
Affiliates
Blog
Press
Security
Investors
Vendors
Legal & privacy
Cookie policy
Cookie preferences
Do Not Share My Personal Information
Digital Asset Disclosures

### Learn
Bitcoin Halving
Ethereum Merge
Explore
Coinbase Bytes newsletter
Crypto basics
Tips & tutorials

### Individuals
Buy & sell
Earn free crypto
Wallet
Card
Coinbase One

### Businesses
Institutional
Prime
Asset Hub
Commerce
Derivatives Exchange

### Developers
Developer Platform
Base
Staking
Onramp
Wallets
Wallet SDK
Coinbase App

**coinbase**                                                                 Sign In

Exchange                    Help      Fees     API     Markets     Liquidity Program

What is a blockchain?
How to set up a crypto wallet
How to send crypto
Taxes

**Support**

Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access

Supported crypto
Status