# Hillman Decl. Exhibit E

News  Rankings  Learn  Bonus Hunter  Advertise  Learn-to-Earn  Newsletters  Web3 Jobs  Top Picks          ENGLISH

Home/Markets / News Report

⛨ Trusted →

# BitGo's New WBTC Custody Plan Draws Scrutiny Over Justin Sun's Role

⏱ 2 mins

By Oluwapelumi Adejumo
11 August 2024, 10:37 GMT+0000

Updated by Lynn Wang
11 August 2024, 10:37 GMT+0000

**In Brief**

- BitGo is transitioning its Wrapped Bitcoin (WBTC) custody to a new multi-jurisdictional model.
- This move has raised concerns, particularly due to the involvement of Tron founder Justin Sun.
- BitGo and Sun believe that the security architecture will prevent misuse and ensure transparency.

PROMO



BitGo, a leading crypto custodial platform, will shift its Wrapped Bitcoin (WBTC) to a new multi-jurisdictional and multi-institutional custody model. This decision has raised concerns in the crypto community, particularly because of the involvement of Justin Sun, founder of the TRON blockchain.

On August 9, BitGo revealed a 60-day transition period. The company plans to expand its custodial locations to include Hong Kong and Singapore.

## Sun's Role in WBTC Custody Sparks Concerns

In response to this development, prominent DeFi platform MakerDAO has begun assessing the potential risks associated with BitGo's new WBTC custody strategy. The MakerDAO community is considering a proposal that could effectively reduce all active WBTC debts on the network to zero.

The proposal highlights fears that this new move might grant Sun significant influence over WBTC. Additionally, it references past issues with Sun's interactions with other crypto projects, such as TUSD and Huobi's USDT reserves, which were plagued by operational and transparency problems.

Sponsored
Sponsored

The broader crypto community has echoed these concerns. Some stakeholders worried that Sun could exploit his influence to mint excessive WBTC or manipulate Proof-of-Reserve data.

> "BitGo partnering with Justin Sun for WBTC custody is up there with the most insane business decision I've ever seen," Bitcoin Magazine writer Alex Bergeron stated.

Read more: What Is Bitcoin? A Guide to the Original Cryptocurrency

NETWORK             CUSTODY



**🎄 Best crypto platforms in Europe | December 2024**

eToro — Explore →
Coinrule — Explore →
Uphold — Explore →
Coinbase — Explore →
3Commas — Explore →

**Most Read**

Why Is the Crypto Market Down Today?
2 mins  4 days ago

AI Trading Agents That can create an Additional Income Stream with Bitcoin and DOGE
⏱ 6 mins

Dogecoin Sees 60,000 New Holders in 10 Days: DOGE Parabolic Run Ahead?
3 mins  4 days ago

Crypto Analyst Miles Deutscher Identifies Altcoins Primed for Retail Surge
2 mins  5 days ago

Velodrome Finance (VELODROME) Surges Over 200% on Binance Listing Announcement
2 mins  4 days ago

Travala's AVA Token Surges 300% After CZ Disclosed Binance Investment
2 mins  4 days ago

**Want to know more?**

Join our Telegram Group and get trading signals, a free trading course and daily communication with crypto fans!

[ JOIN OUR TELEGRAM ]

Sponsored

Sponsored



WBTC Balance on Ethereum. Source: WBTC.Network

Meanwhile, BitGo CEO Mike Belshe has countered these concerns. He asserted that the platform's security architecture prevents any form of manipulation. He also emphasized that BitGo will not authorize any minting without a corresponding BTC deposit.

> "We recognize the community wants to know about JS involvement in anything, even though he doesn't have the ability to move funds. That's why we made sure to be very clear about his name," Belshe stated.

The BitGO CEO further urged the community to conduct thorough due diligence before drawing conclusions. According to him, while Sun is involved in the project, he lacks the authority to move funds. Belshe also stated that the WBTC website will remain operational, providing near real-time proof of reserves.

**Read more:** Wrapped Bitcoin (WBTC) Price Prediction 2024, 2025, 2026, 2027, 2028

Sun, for his part, has clarified that his role with WBTC is purely strategic. He assured that he does not control the private keys to the WBTC reserves and cannot access the BTC reserves as rumored. Sun emphasized that his involvement aims to bolster decentralization, security protocols, and safety, reinforcing the critical role of the digital asset in the DeFi ecosystem.

> "In simple terms, Bitglobal and Bitgo will not sign any unaudited transactions. The keys are still safeguarded using the same Bitgo cold wallet technology and offline keys, with backups in multiple countries and regions," Sun added.

**Disclaimer**

In adherence to the Trust Project guidelines, BeInCrypto is committed to unbiased, transparent reporting. This news article aims to provide accurate, timely information. However, readers are advised to verify facts independently and consult with a professional before making any decisions based on this content. Please note that our Terms and Conditions, Privacy Policy, and Disclaimers have been updated.

 

**Oluwapelumi Adejumo**   READ FULL BIO →

Oluwapelumi Adejumo is a journalist at BeInCrypto, where he reports on a broad range of topics including Bitcoin, crypto exchange-traded funds (ETFs), market trends, regulatory shifts, technological advancements in digital assets, decentralized finance (DeFi), blockchain scalability, and the tokenomics of emerging altcoins. With over three years of experience in the industry, his works have been featured in major crypto media outlets such as CryptoSlate, Coinspeaker, FXEmpire, and Bitcoin...

## RELATED NEWS

**Markets** | News Report
**Riot Platforms Adds $69 Million in Bitcoin, Boosting Holdings to 17,429 BTC**
2 mins   2 hours ago

**Markets** | Analysis
**Travala (AVA) Price Struggles to Sustain Momentum After Record Rally**
2 mins   3 hours ago

**Markets** | News Report
**Binance to List Pudgy Penguins' PENGU and Simon's Cat Meme Coin**
2 mins   3 hours ago

**Markets** | Analysis
**VIRTUAL Price Surges 536% to Become a Top 50 Cryptocurrency**
2 mins   4 hours ago

**Markets** | News Report
**Bitget Acquires Bitcoin Service Provider License in El Salvador**
2 mins   5 hours ago

---

**+ STAY UP TO DATE ON CRYPTO**

# Join our newsletter

| COMPANY | PRODUCTS | RESOURCES |
|---|---|---|
| About Us | News | Advertise |
| Our Authors | Cryptocurrencies | Remote Jobs |
| Careers 🚀 | Exchanges | Contact |

SUBSCRIBE

Our Team
Newsletters 🆕
BeVerified

Learn
The Trust Project
Verification Methodology

© 2024 BeInNews Academy.   Terms   Privacy   Disclaimer