# Hillman Decl. Exhibit F

