# Hillman Decl.
# Exhibit I

**From:** Thomas Chen
**To:** Kyle Cotsones
**Cc:** Vibulan Nadarajah
**Subject:** Re: Coinbase - WBTC Questions
**Date:** Wednesday, October 16, 2024 12:15:30 PM

Good timing - just made the intro!



Thomas Chen
Managing Director
(d)  | Telegram

On Wed, Oct 16, 2024 at 12:13 PM Kyle Cotsones [REDACTED] wrote:

> Hi Thomas,
>
> I am checking in on my previous email - still waiting for an intro to the BiT Global team to get our questions answered. The sooner we can get this done the better.
>
> Thanks,
> Kyle
>
> On Wed, Oct 9, 2024 at 5:30 PM Thomas Chen [REDACTED] wrote:
>
> > > Please provide a list of BiT Global's UBOs and directors
> >
> > We'll facilitate the intro shortly via email.
> >
> > > Please confirm the BiT Global entity that will be responsible for the custody of WBTC's reserves.
> >
> > Yes confirmed that BiT Global is the new custodian for WBTC.
> >
> > > Please confirm that BitGo Singapore Pte LTD is under, and plans to remain under, the control of BitGo Inc.
> >
> > Yes confirmed that BitGo Singapore will remain under control of BitGo Holdings.
> >
> > > How will the partnership affect operations relating to WBTC?
> >
> > BiT Global will serve as the new custodian for WBTC. The BiT Global team is licensing and using the same cold storage wallet technology that BitGo Trust uses day to day to custody the BTC backing WBTC.
> >
> > > In relation to the operation/management of WBTC, will BiT Global assume control over any of the responsibilities currently performed by BitGo employees? If yes, please describe.
> >
> > BiT Global will serve as the new custodian for WBTC. Meaning they will be performing

current custodian responsibilities (e.g. minting, burning). The minting and burning processes are all documented in the original WBTC whitepaper and have not changed.

> Justin Sun previously created a version of wrapped bitcoin for TRON. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves?

Question for BiT Global team

On Wed, Oct 9, 2024 at 5:21 PM Kyle Cotsones [REDACTED] wrote:

> Hi Team,
>
> Just following up on my previous email. Thanks!
>
> Kyle
>
> On Wed, Oct 2, 2024 at 4:21 PM Kyle Cotsones [REDACTED] wrote:
>
> > Hi Thomas,
> >
> > We have some follow up questions based on the answers you provided:
> >
> > 1. Please provide a list of BiT Global's UBOs and directors (I know we're waiting on this information)
> > 2. Please confirm the BiT Global entity that will be responsible for the custody of WBTC's reserve
> > 3. Please provide further details on how the mint/burn process will be handled under the new partnership. Does BitGo also sign for mint/burn? If so, what information will BiT Global provide to BitGo when minting or burning WBTC, in terms of fiat deposits for mints and redemptions for burns?
> > 4. Justin Sun previously created a version of wrapped bitcoin for TRON. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves? This may be a question for BiT as the link provided didn't answer our original question.
> >
> > Thanks,
> > Kyle
> >
> > On Wed, Oct 2, 2024 at 10:25 AM Thomas Chen [REDACTED] wrote:
> >
> > > Quick correction: it's BitGo Inc instead of BitGo Trust SD.
> > >
> > > Vib, could you help make the intros please?
> > >
> > > On Wed, Oct 2, 2024 at 11:18 AM Kyle Cotsones [REDACTED] wrote:
> > >
> > > > Hi Thomas,
> > > >
> > > > Thank you so much for providing that information. For the first question, you can have the BiT Global team email me here: [REDACTED]. My TG is [REDACTED], however I prefer these answers in writing via email. The faster they can get me that information the better.

Thanks!
Kyle Cotsones
Coinbase Listings Team

On Wed, Oct 2, 2024 at 7:58 AM Thomas Chen [redacted] wrote:

Hi Kyle,

Apologies for delay as I was OOO last week.

> Please provide a list of BiT Global's UBOs and directors

This is something the BiT Global team can provide, we can broker an intro to them. What is the best email and tg point person on your side?

> Please confirm the BiT Global entity that will be responsible for the custody of WBTC's reserves.

Yes; BitGo Trust South Dakota and BitGo Trust Singapore will hold 2 of the 3 keys. BiT Global will hold 1 of 3 keys.

> Please confirm that BitGo Singapore Pte LTD is under, and plans to remain under, the control of BitGo Inc.

Confirmed

> How will the partnership affect operations relating to WBTC?

BiT Global will assume the activities BitGo has been performing.

> In relation to the operation/management of WBTC, will BiT Global assume control over any of the responsibilities currently performed by BitGo employees? If yes, please describe.

- KYC for new merchants will be done by BiT Global Compliance Team
- Merchant Onboarding
- Minting & Burning
- Small DAO and Big DAO co-ordination and management
- Merchant Offboarding

> Justin Sun previously created a version of wrapped bitcoin for TRON. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves?

https://wbtc.network/dashboard/audit/wbtc-tron

On Tue, Sep 24, 2024 at 12:14 PM 'Kyle Cotsones' via sales [redacted] wrote:

Hi Team,

Just following up on my previous email. Let me know if you have any questions.

Thanks,
Kyle

Coinbase Listings Team

On Thu, Sep 12, 2024 at 12:50 PM Kyle Cotsones [REDACTED] wrote:

Hi BitGo Team,

I hope this finds you well - I'm reaching out from the Coinbase Listings Team as we have some questions surrounding WBTC.

Please feel free to include others on your side that might be better suited to answer these questions if necessary:

- Please provide a list of BiT Global's UBOs and directors
- Please confirm the BiT Global entity that will be responsible for the custody of WBTC's reserves.
- Please confirm that BitGo Singapore Pte LTD is under, and plans to remain under, the control of BitGo Inc.
    - How will the partnership affect operations relating to WBTC?
    - In relation to the operation/management of WBTC, will BiT Global assume control over any of the responsibilities currently performed by BitGo employees? If yes, please describe.
- Justin Sun previously created a version of wrapped bitcoin for TRON. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves?

Thanks and please let me know if you have any questions or concerns.

Best,
Kyle Cotsones
Coinbase Listings Team

--



Thomas Chen
Managing Director
(d) [REDACTED] | Telegram

--



Thomas Chen
Managing Director
(d) [REDACTED] | Telegram

--



Thomas Chen
Managing Director
(d) [redacted] | Telegram