# Hillman Decl. Exhibit J

| | |
|---|---|
| **From:** | Maxwell Fu |
| **To:** | Kyle Cotsones |
| **Cc:** | Thomas Chen; ▓▓▓; Nuri Chang; Vibulan Nadarajah; ▓▓▓ |
| **Subject:** | Re: Base <> BiT Global \| WBTC Intro |
| **Date:** | Thursday, October 24, 2024 3:33:36 AM |
| **Attachments:** | BiT_Global_Trust_Limited_Companies_Registry_Company_Particulars.pdf |

Hey Kyle,

 - Regarding the UBO & Directors - we're looking for the ultimate beneficial owner behind these entities.

Please find the company registry disclosure of BiT Global Trust for your reference. We are bound by confidentiality to make any further information. In the context of Justin Sun, we can confirm that he is not involved in the shareholding structure directly or indirectly.

 - For your second question

WBTC was launched on the TRON network at the end of 2020, deployed by the BitGo/WBTC team. However, the mint and burn operations have not been very active over the past four years. You can refer to the records through the following links:

Contract address: https://tronscan.org/#/token20/TXpw8XeWYeTUd4quDskoUqeQPowRh4jY65
Collateral records: https://wbtc.network/dashboard/audit/wbtc-tron

It shows that 99.89000964 WBTC have been issued on the TRON network, with 99.8908 BTC as collateral.

Regarding the Poloniex announcement and related matters with the TRON team, we do not have much information. The best approach might be to inquire directly with the relevant parties at Poloniex and TRON.

Thanks,
Maxwell

Kyle Cotsones ▓▓▓ 于2024年10月24日周四 05:32写道:
> Hi Maxwell,
>
> Referring back to our original questions, we have some additional clarifying questions:
>
> - Regarding the UBO & Directors - we're looking for the ultimate beneficial owner behind these entities.
> - Regarding the last question about WBTC on TRON:  Justin Sun previously created a version of wrapped bitcoin for TRON issued through Poloniex. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves?
>
> Thanks and let me know if you have any questions,
>
> Kyle Cotsones
> Coinbase Listings Team
>
> On Wed, Oct 23, 2024 at 3:37 PM Kyle Cotsones ▓▓▓ wrote:
>> Hi Maxwell,

Thanks so much for the information. I'll be reaching out in the next day or so with some more specific questions which we'll need answered as soon as possible. I'll let you know once I receive that information and will send it over.

Thanks!
Kyle

On Thu, Oct 17, 2024 at 10:31 PM Maxwell Fu <████████████████████> wrote:
> Dear Coinbase Team,
>
> Thank you for reaching out to us. With regard to your questions, please refer to the following information.
>
> 1) Concerning the first question, here is the information about the BiT Global UBO and directors:
>
> Digital Matrix Technology Limited
> Digital Peak Technology Limited
> Digital Frontier Technology Limited
> Global Ayn Limited
> Digital Times Technology Limited
> BITGO HOLDINGS, INC.
>
> Directors:
> Zhihong Liu
> Yiyin Jiang
>
> 2) Regarding the second question, WBTC on TRON was officially issued by the Bitgo team during 2020 in an effort to expand on the TRON blockchain. All the TRON WBTC addresses have been disclosed onchain and can be accessed on the official website:
> https://wbtc.network/dashboard/audit/wbtc-tron
>
> We hope that this has addressed your inquiries with the relevant information you need. We are always ready to assist should you have any further questions.
>
> Best regards!
> Maxwell
>
> Kyle Cotsones <████████████████████████> 于2024年10月17日周四 00:17写道:
>> Hi BiT Global team, we have some questions regarding WBTC. Below are the questions we're hoping to get answered asap:
>>
>>> Please provide a list of BiT Global's UBOs and directors
>>
>>> Justin Sun previously created a version of wrapped bitcoin for TRON. Can Sun provide the addresses for this version of wrapped bitcoin's BTC reserves?
>>
>> Please let me know if you have any questions or concerns.
>>
>> Thanks so much,
>> Kyle Cotsones
>> Coinbase Listings Team
>>
>>
>> On Wed, Oct 16, 2024 at 11:13 AM Thomas Chen <████████████████████████> wrote:

Hi BiT Global team,

Please meet Kyle from Coinbase Listings Team. We're currently working to get WBTC listed on Base and he has some outstanding questions for your team.

Best,

--

Thomas Chen
Managing Director
(d) ▉ | Telegram



# Company Particulars

## Company Particulars Search

**System Clock:** 24-OCT-2024 12:59:10 GMT +0800

**Your Search:** BRN = 75597880

| | |
|---|---|
| **BRN** | 75597880 |
| **Company Name** | BiT Global Trust Limited |
| **Company Type** | Public company limited by shares |
| **Date of Incorporation** | 09-Aug-2023 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 09-Aug-2023 | BiT Global Trust Limited |

## Registered Office

**Registered Office:** RM 1701A 17/F TOWER 1 CHINA HONG KONG CITY 33 CANTON RD TST KLN HONG KONG

**Effective Date:** 09-Aug-2023

## Share Capital

**Issued:** HKD 3,030,303

**Paid-Up:** HKD 3,030,303

## Person(s) Holding Shares

<u>Note :</u>

1. The information of the company provided herein is taken from its Incorporation Form (Form NNC1), its Annual Return (Form NAR1) and its Return of Allotment (Form NSC1) filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 6 of 6 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|---|---|---|---|---|---|---|
| 1 | BITGO HOLDINGS, INC. | - | CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801, UNITED STATES | ORDINARY | 30,303 | 09-Aug-2024 |
| 2 | DIGITAL FRONTIER TECHNOLOGY LIMITED | - | CRAIGMUIR CHAMBERS, ROAD TOWN, TORTOLA, VG 1110, BRITISH VIRGIN ISLANDS | Ordinary | 600,000 | 09-Aug-2023 |
| 3 | DIGITAL MATRIX TECHNOLOGY LIMITED | - | CRAIGMUIR CHAMBERS, ROAD TOWN, TORTOLA, VG 1110, BRITISH VIRGIN ISLANDS | Ordinary | 600,000 | 09-Aug-2023 |
| 4 | DIGITAL PEAK TECHNOLOGY LIMITED | - | CRAIGMUIR CHAMBERS, ROAD TOWN, TORTOLA, VG 1110, BRITISH VIRGIN ISLANDS | Ordinary | 600,000 | 09-Aug-2023 |
| 5 | DIGITAL TIMES TECHNOLOGY LIMITED | - | CRAIGMUIR CHAMBERS, ROAD TOWN, TORTOLA, VG 1110, BRITISH VIRGIN ISLANDS | Ordinary | 600,000 | 09-Aug-2023 |
| 6 | GLOBAL AYN LIMITED | - | CRAIGMUIR CHAMBERS, ROAD TOWN, TORTOLA, VG 1110, BRITISH VIRGIN ISLANDS | Ordinary | 600,000 | 09-Aug-2023 |

## List of Directors

**Director**

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Online View | Certified Copy | |
| 1 | JIANG, YIYING | - | - | ■■■ | ■■■ | Natural Person | | | |
| 2 | LIU, ZHIHONG | 劉志宏 | ■■■ | - | - | Natural Person | | | |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate)

| | |
|---|---|
| No. | 1 |
| English Name | WE SERVICES LIMITED |
| Chinese Name | - |
| BRN | 70586014 |
| Registered / Principal Office | RM 1701A 17/F TOWER 1 CHINA HONG KONG CITY 33 CANTON RD TST KLN, HONG KONG |
| Date of Appointment | 09-Aug-2023 |
| Important Note | - |

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

[Order certified report]  HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

Image Record (including Document Index)  [GO]