| | |
|---|---|
| KNEUPPER & COVEY PC | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Kevin Michael Kneupper (SBN 325413)  kevin@kneuppercovey.com  A. Cyclone Covey (SBN 335957)  cyclone@kneuppercovey.com  17011 Beach Blvd., Suite 900  Huntington Beach, CA 92647  Tel: (512) 420-8407 | SONAL N. MEHTA (SBN 222086)  Sonal.Mehta@wilmerhale.com  2600 El Camino Real, Suite 400  Palo Alto, CA 94304  Tel: (650) 858-6000  Fax: (650) 858-6100 |
| *Attorneys for Plaintiff*  *BiT Global Digital Limited* | DAVID Z. GRINGER (*pro hac vice*)  David.Gringer@wilmerhale.com  PAUL VANDERSLICE (*pro hac vice*)  Paul.Vanderslice@wilmerhale.com  7 World Trade Center  250 Greenwich Street  New York, New York 10007  Tel: (212) 230-8800  Fax: (212) 230-8888 |
| | *Attorneys for Defendant*  *Coinbase Global, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCSICO DIVISION

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>          Plaintiff,<br><br>  v.<br><br>COINBASE GLOBAL, INC.,<br><br>          Defendant. | Case No.  3:24-CV-09019-AMO<br><br>**CIVIL LOCAL RULE 6-2(A) STIPULATION** |

1    Pursuant to Civil Local Rule 6-2(a), Defendant Coinbase Global Inc. ("Coinbase") and
2    Plaintiff BiT Global Digital Limited ("BiT"), by and through their respective counsel, have
3    consented to the following briefing schedule on Coinbase's anticipated Motion to Dismiss:

4    • BiT's Opposition to Coinbase's Motion to Dismiss shall be due February 18, 2025.

5    • Coinbase's Reply in Support of its Motion to Dismiss shall be due March 4, 2025.

6    Good cause exists, and the parties' stipulated request for an enlargement of time is
7    reasonable in light of the number of issues in dispute. The Complaint includes eight counts,
8    including claims under the federal antitrust laws, the Lanham Act, and California's Unfair
9    Competition Law. This enlargement of time will not affect any other date already set by Court order.
10   This stipulated request is supported by the accompanying Declaration of Sonal N. Mehta.

11   Pursuant to Civil Local Rule 6-2(a), BiT and Coinbase hereby request that the Court enter
12   an order allowing the parties to proceed under the schedule set forth above.

Dated: December 27, 2024

KNEUPPER & COVEY PC

By:   /s/ *A. Cyclone Covey*
Kevin Michael Kneupper (SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey (SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: (512) 420-8407

*Attorneys for Plaintiff*
*BiT Global Digital Limited*

Dated: December 27, 2024

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:   /s/ *Sonal N. Mehta*
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendant*
*Coinbase Global, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 27, 2024

*/s/ Sonal N. Mehta*
Sonal N. Mehta