UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>               Plaintiff,<br><br>   v.<br><br>COINBASE GLOBAL, INC.,<br><br>               Defendant. | Case No. 3:24-CV-09019-AMO<br><br>[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2(A) STIPULATION |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due by February 18, 2025.
2. Defendant's Reply in Support of its Motion to Dismiss shall be due by March 4, 2025.

Dated: December 27, 2024

By: Hon. Araceli Martínez-Olguín
United States District Judge