**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: 512-420-8407

*Attorneys for Plaintiff BiT Global Trust Limited*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIT GLOBAL TRUST LIMITED,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COINBASE GLOBAL, INC.<br><br>　　　　Defendant. | Case No.: 3:24-cs-09019-AMO<br><br>**DECLARATION OF KEVIN KNEUPPER IN SUPPORT OF PLAINTIFF'S BIT GLOBAL DIGITAL LIMITED'S OPPOSITION TO COINBASE'S GLOBAL INC.'S MOTION TO DISMISS**<br><br>Hearing Date: April 3, 2025<br>Time: 2:00 pm<br>Judge: Hon. Araceli Martinez-Olguín |

I, Kevin Kneupper, do hereby declare and state as follows:

1. I am an attorney admitted to practice in the Northern District of California.

2. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

3. Attached as Exhibit A is a true and correct copy of the FTC's Policy Statement Regarding the Scope of Unfair Methods of Competition Under Section 5 of the Federal Trade Commission Act Commission File No. P221202, downloaded from https://www.ftc.gov/system/files/ftc_gov/pdf/P221202Section5PolicyStatement.pdf.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

    Executed on February 18, 2025 in Huntington Beach, California.

    /s/ Kevin Kneupper

Kevin Kneupper, Esq.