WILMER CUTLER PICKERING HALE AND DORR LLP

SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
David.Gringer@wilmerhale.com
PAUL VANDERSLICE (*pro hac vice*)
Paul.Vanderslice@wilmerhale.com
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant Coinbase Global, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC.,<br><br>Defendant. | Case No. 3:24-cv-09019-AMO<br><br>**DECLARATION OF SONAL N. MEHTA IN SUPPORT OF COINBASE'S REPLY TO BIT'S OPPOSITION TO COINBASE'S MOTION TO DISMISS [DKT. 33]** |

I, Sonal N. Mehta, hereby state and declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendant Coinbase Global Inc. ("Coinbase") in this action.

2. I make this declaration in support of Coinbase's reply in support of its motion to dismiss. I am familiar with the facts set forth herein.

3. Attached as **Exhibit A** is a true and correct copy of a Coinbase document titled "Listing Prioritization Process & Standards," dated November 2024, available at https://coinbase.bynder.com/m/5af95a1d8290bb39/original/Coinbase-Exchange-Listing-Prioritization-Process-and-Listing-Standards.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of March, 2025.

/s/ Sonal N. Mehta
Sonal N. Mehta