**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: 512-420-8407

*Attorneys for Plaintiff BiT Global Digital Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BIT GLOBAL DIGITAL LIMITED,<br><br>        Plaintiff,<br><br>   vs.<br><br>COINBASE GLOBAL, INC.<br><br>        Defendant. | Case No.: 3:24-cv-09019-AMO<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Araceli Martinez-Olguín |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties hereby stipulate to a dismissal with prejudice of the above-captioned action. Each party agrees to bear their own fees and costs.

1  DATED: June 6, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  DATED: June 6, 2025

21

22

23

24

25

26

27

28

**KNEUPPER & COVEY, PC**

*/s/ Cyclone Covey*

Cyclone Covey, Esq.

*Attorney for Plaintiff BiT Global Digital Limited*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Sonal N. Mehta*
Sonal N. Mehta, Esq.

*Attorney for Defendant Coinbase Global, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Cyclone Covey*
Cyclone Covey, Esq.